UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § |
| v. | §  CIVIL NO. 4:22-CV-558-SDJ |
| TERRY NIKOPOULOS, ET AL. | § § § |

## ORDER

Before the Court are Defendants Justin R. Kimbrough and Prosperity Consultants, LLC's (collectively, "Defendants") Motion to Withdraw Unopposed Motion for Continuance of Discovery Deadlines, (Dkt. #52), and Unopposed Motion to Stay Proceedings, (Dkt. #53). Defendants request that this matter be stayed pending resolution of Defendant Kimbrough's criminal proceeding, *United States v. Kimbrough*, 4:22-CR-152, pending in the United States District Court for the Eastern District of Texas. Having considered the motions, the Court concludes that they should be granted.

It is therefore **ORDERED** that Defendants' Motion to Withdraw Unopposed Motion for Continuance of Discovery Deadlines, (Dkt. #52), is **GRANTED**. It is further **ORDERED** that Defendants' Unopposed Motion for Continuance of Discovery Deadlines, (Dkt. #50), is **WITHDRAWN**.

It is further **ORDERED** that Defendants' Unopposed Motion to Stay Proceedings, (Dkt. #53), is **GRANTED**. All deadlines in this matter are **STAYED** pending further order of the Court. The parties are **ORDERED** to submit joint status reports on the criminal proceeding every **60 days**.

**So ORDERED and SIGNED this 14th day of November, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE