UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br>     Plaintiff, <br><br> v. <br><br> JUSTIN R. KIMBROUGH, et al., <br>     Defendants. | § § § § § § § § § § | CASE No. 4:22-cv-000558 (SDJ) |

## JOINT STATUS REPORT

Per the court's order dated November 14th, 2023, the parties are providing an updated status of the pending criminal case styled *United States of America v. Justin Rhett Kimbrough*; Case Number 4:22-CR-152 in the Eastern District of Texas, Sherman Division ("Criminal Case"), which is related to the instant case.

Mr. Kimbrough was sentenced in the criminal matter on November 14, 2024, and was ordered on December 12, 2024, to pay $2,560,938.87 in forfeiture to the United States. There is no current date set for a restitution hearing, although the Court has set a date of Wednesday, February 12, 2025 (90 days from the date of sentencing), to determine the restitution amount, if any.

Dated: January 23, 2025            Respectfully submitted,

                                        /s/ *Greg Gray*
                                        Greg Gray
                                        SBN: 00787585
                                        The Law Offices of Greg Gray
                                        1012 Ridge Road
                                        Rockwall, TX 75087
                                        Telephone: (972) 771-5525
                                        Email: ggray@ggraylawfirm.com
                                        Counsel for Defendant, Justin Kimbrough

<u>/s/John Timmer</u>
John Timmer (*pro hac vice*)
(202)551-7687 / TimmerJ@SEC.gov
James Carlson (*pro hac vice*)
(202)551-3711 / CarlsonJa@SEC.gov
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Counsel for Plaintiff Securities and Exchange Commission
