UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § |
| v. | §  CIVIL NO. 4:22-CV-558-SDJ |
| TERRY NIKOPOULOS, ET AL. | § § § |

## ORDER

Before the Court is the Plaintiff Securities and Exchange Commission's Consent Motion to Enter Final Judgments as to Defendants Justin R. Kimbrough and Prosperity Consultants, LLC. (Dkt. #59). Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the Securities and Exchange Commission's motion, (Dkt. #59), is **GRANTED**. The Court will separately enter the Final Judgments.

**So ORDERED and SIGNED this 5th day of August, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE